EXHIBIT

1

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS

# MISSOURI COMMISSION ON HUMAN RIGHTS

| | | | |
|---|---|---|---|
| MICHAEL L. PARSON<br>GOVERNOR | ANNA S. HUI<br>DEPARTMENT DIRECTOR | VACANT<br>COMMISSION CHAIR | ALISA WARREN, PH.D.<br>EXECUTIVE DIRECTOR |

[redacted] o/b/o Minor Child, [redacted].
O'Brien Law Firm, PC,
815 Geyer Avenue
Saint Louis, MO 63104
*Via Complainant Attorney Email*

**NOTICE OF RIGHT TO SUE**

RE: [redacted] vs. SPECIAL SCHOOL DISTRICT of St. Louis County
P-06/22-05153 28E-2022-01194

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

January 30, 2024
Date

C: additional contacts listed on next page

| ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|
| JEFFERSON CITY OFFICE<br>421 E. DUNKLIN STREET<br>P.O. BOX 1129<br>JEFFERSON CITY, MO 65102-1129<br>PHONE: 573-751-3325<br>FAX: 573-751-2905 | ST. LOUIS OFFICE<br>111 N. 7TH STREET, SUITE 903<br>ST. LOUIS, MO 63101-2100<br>PHONE: 314-340-7590<br>FAX: 314-340-7238 | KANSAS CITY OFFICE<br>P.O. BOX 1129<br>JEFFERSON CITY, 65102-1129<br>FAX: 816-889-3582 | SIKESTON OFFICE<br>106 ARTHUR STREET, SUITE D<br>SIKESTON, MO 63801-5454<br>FAX: 573-472-5321 |

RE: Alicia Haith vs. SPECIAL SCHOOL DISTRICT of St. Louis County
P-06/22-05153 28E-2022-01194

SPECIAL SCHOOL DISTRICT of St. Louis County
12110 CLAYTON RD
SAINT LOUIS, MO 63131
Via Respondent Attorney Email

Kathryn P Scott
Bryan, Cave, Leighton, Paisner, LLP
One Metropolitan Square 211 North Broadway, Suite 3600
Saint Louis, MO 63102
kathryn.scott@bclplaw.com

Grant C Boyd
O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104
boyd@obrienlawfirm.com

**STATE OF MISSOURI**
**MISSOURI HUMAN RIGHTS COMMISSION**

**Complainant**
[redacted] O/b/o Minor Child, [redacted].
C/O O' Brien Law Firm,
815 Geyer Avenue
St Louis MO 63104

**MCHR NO: P-06/22-05153**
**EEOC NO: 28E-2022-01194**

**Respondents**
Special School District of St. Louis County
12110 Clayton Rd
Saint Louis MO 63131

**Respondent Contact**
KATHRYN P SCOTT
One Metropolitan Square
211 North Broadway
Suite 3600
St Louis MO 63102
Kathryn.scott@bclplaw.com

**Complainant Contact**
GRANT C BOYD
815 Geyer Avenue
St Louis MO 63104
Boyd@obrienlawfirm.com

**All Allegations**

**Right to Sue**

____________________________
Alisa Warren, Ph.D., Executive Director

January 30, 2024
Date

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON<br>GOVERNOR | ANNA S. HUI<br>DEPARTMENT DIRECTOR | VACANT<br>COMMISSION CHAIR | ALISA WARREN, PH.D.<br>EXECUTIVE DIRECTOR |
|---|---|---|---|

[redacted] o/b/o Minor Child, [redacted].
O' Brien Law Firm,
815 Geyer Avenue
Saint Louis, MO 63104
*Via Complainant Attorney Email*

**NOTICE OF RIGHT TO SUE**

RE: [redacted] vs. ROCKWOOD SCHOOL DISTRICT
P-06/22-05152 28E-2022-01191

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

January 30, 2024
Date

C: additional contacts listed on next page

| ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|
| JEFFERSON CITY OFFICE<br>421 E. DUNKLIN STREET<br>P.O. BOX 1129<br>JEFFERSON CITY, MO 65102-1129<br>PHONE: 573-751-3325<br>FAX: 573-751-2905 | ST. LOUIS OFFICE<br>111 N. 7TH STREET, SUITE 903<br>ST. LOUIS, MO 63101-2100<br>PHONE: 314-340-7590<br>FAX: 314-340-7238 | KANSAS CITY OFFICE<br>P.O. BOX 1129<br>JEFFERSON CITY, 65102-1129<br>FAX: 816-889-3582 | SIKESTON OFFICE<br>106 ARTHUR STREET, SUITE D<br>SIKESTON, MO 63801-5454<br>FAX: 573-472-5321 |

RE: Alicia Haith vs. ROCKWOOD SCHOOL DISTRICT
P-06/22-05152 28E-2022-01191

ROCKWOOD SCHOOL DISTRICT
111 E NORTH ST
EUREKA, MO 63025
*Via Respondent Attorney Email*

Julie Z Devine
Lashly & Baer, PC
714 Locust Street
Saint Louis, MO 63101
jdevine@lashlybaer.com

Grant C Boyd
O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104
boyd@obrienlawfirm.com

**STATE OF MISSOURI**
**MISSOURI HUMAN RIGHTS COMMISSION**

**Complainant**
[redacted] O/b/o Minor Child, [redacted]
C/O O' Brien Law Firm,
815 Geyer Avenue
St Louis MO 63104

**MCHR NO: P-06/22-05152**
**EEOC NO: 28E-2022-01191**

**Respondents**
Rockwood School District
111 E North St
Eureka MO 63025

**Respondent Contact**
**JULIE Z DEVINE**
714 Locust Street
St Louis MO 63101
Jdevine@lashlybaer.com

**Complainant Contact**
**GRANT C BOYD**
815 Geyer Avenue
St Louis MO 63104
Boyd@obrienlawfirm.com

**All Allegations** **Right to Sue**

Alisa Warren, Ph.D., Executive Director

January 30, 2024
Date

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA P-06/22-05153

☐ EEOC 28E-2022-01194

Missouri Commission On Human Rights and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| [redacted] on behalf of minor child [redacted] | 314-307-2409 | [redacted] |

Street Address / City, State and ZIP Code

c/o Grant C. Boyd Attorney At Law, O'Brien Law Firm, 815 Geyer Ave, St. Louis, MO 63104

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Street Address: [redacted] City, State and ZIP Code: [redacted]

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Special School District of St. Louis County | 500+ | 314-989-8100 |

Street Address: 12110 Clayton Road City, State and ZIP Code: St. Louis, MO 63131

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify) Sexual and Disability Discrimination/Harassment

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 1/2022 to Latest 2/17/2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached Exhibit A.

FILED
JUN 17 2022
MISSOURI COMMISSION ON HUMAN RIGHTS

State of Missouri
County of St. Louis

Subscribed and sworn to before me this 23 day of May in the year 2022

Notary Public
[signature]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

05/23/2022 [signature]
Date Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature] 05/23/2022

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A

At the time of the incidents described herein, Minor Child [redacted] was a 16-year-old student in the Rockwood School District ("Rockwood") and Special School District of St. Louis County ("SSD").

[redacted] has two disabilities: Down Syndrome and Autism.

[redacted] is male.

Rockwood and SSD operate public accommodations, which were the location of the incidents described herein. Rockwood and SSD operate public school districts.

During the 2021-2022 academic year, [redacted] was harassed and discriminated against based on his disabilities and based on his sex.

For purposes of this charge, the last date of harassment/discrimination was February 11, 2022. On said date, Rockwood employee [redacted] sexually assaulted [redacted] at Rockwood and SSD. During the 2021-2022 academic year, [redacted] repeatedly assaulted, harassed and/or discriminated against [redacted] based on [redacted] disability and/or sex while both [redacted] and [redacted] were at the accommodations of Rockwood and SSD.

Prior to the harassment and/or discrimination of [redacted] Rockwood and SSD were both aware that [redacted] was a homosexual male, openly homosexual, and/or sexually attracted to males.

Rockwood and/or SSD were on actual or constructive notice of the harassment and/or discrimination by [redacted] Despite being on notice, including prior to the February 11, 2022 sexual assault of [redacted], SSD and/or Rockwood were deliberately indifferent to the harassment and/or discrimination. As a result of the deliberate indifference, [redacted] was able to continue perpetrating the harassment and/or discrimination of male students, including [redacted] As a result of the deliberate indifference, [redacted] was able to sexually assault [redacted] two or more times.

Prior to February 11, 2022, Rockwood and/or SSD were aware that [redacted] was inappropriately touching [redacted] on a routine basis, that [redacted] was violating school health and safety policies and protocols and that [redacted] had a highly unusual and inappropriate fascination with [redacted] Rockwood and/or SSD knew [redacted] conduct was consistent with child sexual predator grooming behavior. Nonetheless, Rockwood and/or SSD failed to properly intervene. Instead, Rockwood and/or SSD permitted [redacted] to continue to have contact with [redacted] including unsupervised contact. As a result, [redacted] was able to continue perpetrating the harassment and discrimination of [redacted] based on sex and/or disabilities.

[redacted] conduct was severe, pervasive, and continuous throughout the 2021-2022 academic year. The conduct ended in February 2022 when law enforcement finally became involved and eventually took [redacted] into custody. [redacted] s being prosecuted in St. Louis County Circuit Court for his crime(s) committed against [redacted] (see *State of Missouri v.* [redacted]

SSD and/or Rockwood failed to make reasonable accommodations to prevent the harassment and/or discrimination of [redacted]. As a result, [redacted] was harassed, sexually assaulted, discriminated against, and has suffered severe damages.

FILED

JUN 17 2022

MISSOURI COMMISSION
ON HUMAN RIGHTS

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA P-06/22-05152

☐ EEOC 28E-2022-01191

Missouri Commission On Human Rights and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| [redacted] on behalf of minor child [redacted] | 314-307-2409 | [redacted] |

Street Address / City, State and ZIP Code

c/o Grant C. Boyd Attorney At Law, O'Brien Law Firm, 816 Geyer Ave, St. Louis, MO 63104

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Rockwood School District | 500+ | 636-733-2000 |

Street Address: 111 East North Street — City, State and ZIP Code: Eureka, MO 63025

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Street Address: [redacted] — City, State and ZIP Code: [redacted]

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION

☒ OTHER *(Specify)* Sexual and Disability Discrimination/Harassment

DATE(S) DISCRIMINATION TOOK PLACE — Earliest: 1/2022 to Latest: 2/17/2022

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See attached Exhibit A.

FILED
JUN 17 2022
MISSOURI COMMISSION ON HUMAN RIGHTS

State of Missouri
County of St. Louis

Subscribed and sworn to before me this 23 day of May in the year 2022

Notary Public [signature]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

05/23/2022 [signature]

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature] 05/23/2022

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EXHIBIT A

At the time of the incidents described herein, Minor Child [redacted] was a 16-year-old student in the Rockwood School District ("Rockwood") and Special School District of St. Louis County ("SSD").

[redacted] has two disabilities: Down Syndrome and Autism.

[redacted] is male.

Rockwood and SSD operate public accommodations, which were the location of the incidents described herein. Rockwood and SSD operate public school districts.

During the 2021-2022 academic year, [redacted] was harassed and discriminated against based on his disabilities and based on his sex.

For purposes of this charge, the last date of harassment/discrimination was February 11, 2022. On said date, Rockwood employee [redacted] sexually assaulted [redacted] at Rockwood and SSD. During the 2021-2022 academic year, [redacted] repeatedly assaulted, harassed and/or discriminated against [redacted] based on [redacted] disability and/or sex while both [redacted] and [redacted] were at the accommodations of Rockwood and SSD.

Prior to the harassment and/or discrimination of [redacted] Rockwood and SSD were both aware that [redacted] was a homosexual male, openly homosexual, and/or sexually attracted to males.

Rockwood and/or SSD were on actual or constructive notice of the harassment and/or discrimination by [redacted] Despite being on notice, including prior to the February 11, 2022 sexual assault of [redacted] SSD and/or Rockwood were deliberately indifferent to the harassment and/or discrimination. As a result of the deliberate indifference [redacted] was able to continue perpetrating the harassment and/or discrimination of male students, including [redacted] As a result of the deliberate indifference, [redacted] was able to sexually assault [redacted] two or more times.

Prior to February 11, 2022, Rockwood and/or SSD were aware that [redacted] was inappropriately touching [redacted] on a routine basis, that [redacted] was violating school health and safety policies and protocols and that [redacted] had a highly unusual and inappropriate fascination with [redacted] Rockwood and/or SSD knew [redacted] conduct was consistent with child sexual predator grooming behavior. Nonetheless, Rockwood and/or SSD failed to properly intervene. Instead, Rockwood and/or SSD permitted [redacted] to continue to have contact with [redacted] including unsupervised contact. As a result, [redacted] was able to continue perpetrating the harassment and discrimination of [redacted] based on sex and/or disabilities.

[redacted] conduct was severe, pervasive, and continuous throughout the 2021-2022 academic year. The conduct ended in February 2022 when law enforcement finally became involved and eventually took [redacted] into custody. [redacted] is being prosecuted in St. Louis County Circuit Court for his crime(s) committed against [redacted] (see *State of Missouri v.* [redacted]

SSD and/or Rockwood failed to make reasonable accommodations to prevent the harassment and/or discrimination of [redacted] As a result, [redacted] was harassed, sexually assaulted, discriminated against, and has suffered severe damages.

FILED

JUN 17 2022

MISSOURI COMMISSION
ON HUMAN RIGHTS